| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| EDGARDO DONES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PRIMEFLIGHT AVIATION SERVICES, INC., <br><br> Defendant. | Case No. 18-cv-01503-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 1, 2018 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | September 28, 2018 |
| COMPLIANCE HEARING RE NAME OF MEDIATOR AND DATE OF THE MEDIATION | July 6, 2018 at 9:01 a.m. |
| MOTION TO COMPEL ARBITRATION FILED: | October 16, 2018 |

As set forth above, the parties are REFERRED to private mediation, to be completed by September 28, 2018. The parties shall provide the Court with the name of an agreed-upon mediator by June 29, 2018 by filing a JOINT STATEMENT. A compliance hearing regarding on such statement shall be held on Friday, July 6, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By June 29, 2018, the parties shall file either the JOINT STATEMENT or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All

Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 12, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge